JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANTIAGO B.,

          Plaintiff,

       v.

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

Case No. 2:24-cv-8772-SK

**JUDGMENT**

    **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is REVERSED and REMANDED for further proceedings.


Date: <u>March 31, 2026</u>

_____

STEVE KIM
United States Magistrate Judge