**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO VILLA BERNAL, | ) Case No.: 2:24-cv-08772-SK |
| Plaintiff, | ) |
| | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| FRANK BISIGNANO, | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. §§ 1920; 2412 |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,750.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:   July 2, 2026

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-